Fourteenth Court of Appeals

301 Fannin, Suite 245

Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAR 17 2015

CHRISTOPHER A. PRINE
CLERK

Thomas Moreland #1500572

899 FM 632

Kenedy, Texas 78119

J. B. Connally Unit

March 12, 2015

RE: Cause no. 54671

The State of Texas

vs.

Thomas Moreland

Dear Clerk,

In regards to the DNA motion appeal that I have done; Appeal no. 14-14-00035-CR.

Would you please tell me the cost for (Exhibits #2 6 pages) and (Exhibits #5 12 pages) of the state response to the DNA motion.?

Thank you very much in this matter

Sincerely,

Thomas Moreland